David Payab, Esq. State Bar #187887
dpayab@payablaw.com
Victoria Felder, Esq. State Bar #304894
vfelder@payablaw.com
Kasra Ramez, Esq. State Bar #337470
kramez@payablaw.com
**THE LAW OFFICE OF PAYAB & ASSOCIATES**
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
Telephone:   (818) 888-4546
Facsimile:   (888) 888-4747

Attorneys for Plaintiff,
DORIAN MOORE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN MOORE, an individual, | Case No. 2:22-cv-09155-JLS (AFMx) |
| Plaintiff, | **PLAINTIFF DORIAN MOORE'S DEMAND FOR JURY TRIAL** |
| vs. | **(FED. R. CIV. P. 38)** |
| T.J. MAXX, a business entity of unknown form; TJX, a business entity of unknown form; TJX U.S., a business entity of unknown form; THE TJX COMPANIES, INC., a business entity of unknown form; T. J. MAXX OF CA, LLC, a Virginia Limited Liability Company; NASI DOE, an individual; and DOES 3-50, | Complaint Filed:  July 6, 2022 |
| Defendants. | |

1

**PLAINTIFF DORIAN MOORE'S DEMAND FOR JURY TRIAL**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff DORIAN MOORE demands trial by jury in this action of all issues triable by jury in this matter.


Dated: December 21, 2022                    THE LAW OFFICE OF PAYAB & ASSOCIATES


By: */s/ Kasra Ramez*
    David Payab, Esq.
    Victoria Felder, Esq.
    Kasra Ramez, Esq.
    Attorneys for Plaintiff,
    DORIAN MOORE

**PLAINTIFF DORIAN MOORE'S DEMAND FOR JURY TRIAL**

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT, CENTRAL DIVISION

Re:    *DORIAN MOORE V. T.J. MAXX, et al.*

United States District Court Case No. 2:22-cv-09155-JLS (AFMx)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 5850 Canoga Avenue, Suite 400, Woodland Hills, California 91367. On December 21, 2022, I served copies of the within documents described as **PLAINTIFF DORIAN MOORE'S DEMAND FOR JURY TRIAL** on the interested parties in this action in a sealed envelope addressed as follows:

### See Attached Service List

**X**   **BY CM/ECF SYSTEM -** I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants listed on the attached Service List.

**X**   **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2022, at Woodland Hills, California.

/s/ *Kasra Ramez*
Kasra Ramez, Esq.

# SERVICE LIST

Re: *DORIAN MOORE V. T.J. MAXX, et al.*

United States District Court Case No. 2:22-cv-09155-JLS (AFMx)

Jonathan Lawrence Brophy, Esq.
Heather E. Horn, Esq.
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067
*Telephone:* (310) 277-7200
*Facsimile:* (310) 201-5219

**Attorneys for Defendants,
T.J. Maxx, TJX, TJX U.S., The TJX
Companies, Inc., and T.J. Maxx of
CA, LLC**