**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T.J. MAXX, a business entity of unknown form; TJX, a business entity of unknown form; TJX U.S., a business entity of unknown form; THE TJX COMPANIES, INC., a business entity of unknown form; NASI DOE, an individual; and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 2:22-CV-09155-JLS (AFMx)<br><br>**ORDER GRANTING STIPULATION TO SUBMIT ALL CLAIMS TO ARBITRATION AND STAY ACTION (Doc. 15)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon consideration of the foregoing Stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. Plaintiff Dorian Moore is ordered to submit all claims alleged in this Action to final and binding arbitration with American Arbitration Association in accordance with the terms of the Arbitration Agreement and this joint stipulation;

2. Defendant T.J. Maxx of CA, LLC shall bear all costs of arbitration unique to the arbitral forum; and

3. The Action is stayed until the final determination of the arbitration proceedings.

DATED: _January 12, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

90879071v.2